

# MEMORANDUM

| | |
|---|---|
| **To:** | U.S. Clerk's Office |
| **From:** | USPO Nicole P. Ford |
| **Re:** | **DAVIS, Rashad**<br>**Docket No. 18-00246-001 (D/MN)**<br>**REQUEST TO TRANSFER JURISDICTION** |
| **Date:** | March 26, 2021 |

**Court History:** On 6/18/19, Mr. Rashad Davis was sentenced in the District of Minnesota by the Honorable Judge Nancy Brasel to serve a 15-month term of imprisonment to be followed by three years of supervised release for Criminal Damage to Property. Special conditions of supervision include: no new lines of credit without approval of the probation officer; provide access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills; submit his person, residence, office, vehicle, or any area under his control to a search conducted by U.S. Probation Officers or supervised designee; and substance abuse treatment and testing. Mr. Davis was also ordered to pay a $100.00 special assessment which has a balance of $25.00. He was also ordered to pay $1,143.99 in restitution. To date, the balance remains the same.

**Supervision Adjustment:** Mr. Davis was released from prison 7/21/20. Prior to release, Mr. Davis requested to live in the Eastern District of Wisconsin with his mother, which is where he resided during pretrial supervision despite his case being out of the District of Minnesota. Mr. Davis reported to the Eastern District of Wisconsin immediately upon release. Since that time, he has maintained stable residence with his mother. He maintained stable employment through temporary services until recently. He is continuing to seek gainful employment. He has maintained contact with the probation office.

On 1/29/21, Mr. Davis admitted use of marijuana after submitting a positive urine sample. He was verbally reprimanded, STARR Skills were administered, and he was enrolled in random urinalysis testing with Wisconsin Community Services.

Mr. Davis has also failed to make any restitution payments since being released. He has been verbally reprimanded and reinstructed to make payments. In addition, Mr. Davis left the Eastern District of Wisconsin without permission on 12/29/20. He was again verbally reprimanded and reinstructed to obtain permission to leave the district from the probation office.

**Recommendation:** Since Mr. Davis does not plan on returning to the District of Minnesota, it is respectfully recommended jurisdiction be transferred from the District of Minnesota to the Eastern District of Wisconsin. If your honor concurs, please sign the attached Transfer of Jurisdiction Probation Form 22.

Reviewed and Approved:


s/ Daniel J. Savasta
Daniel J. Savasta
Supervising U.S. Probation Officer

NPF/jls